RECEIVED
IN LAKE CHARLES, LA
JUN - 2 2011
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RAFAEL JARAMILLO<br>A# 091-984-671 | CIVIL ACTION NO. 11-403<br>SECTION P |
| VS. | JUDGE MINALDI |
| PHILLIP MILLER | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this petition be DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 2 day of June, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE